

## ATTORNEY GENERAL OF TEXAS
### GREG ABBOTT

May 29, 2014

United States Court of Appeals for the Second Circuit
Attn: Catherine O'Hagan Wolfe, Clerk of Court   **Via Federal Express**
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** *United States v. Apple, Inc.*, **No. 13-3741cv**

Dear Ms. Wolfe:

I hereby request a copy of an audio CD recording of the oral argument on Appellant Apple's motion for stay pending appeal in the above-referenced matter. The argument took place on May 29, 2014, at 10:00 a.m. before Judges Parker, Livingston, and Droney. Enclosed please find a check for the $30.00 fee. Please send the CD to:

> Eric Lipman
> Office of the Attorney General
> Antitrust Section
> 300 W. 15th Street, Floor 7
> MC-010-7
> Austin, Texas 78701

Please do not hesitate to contact me if you need any further information.

Respectfully,

Eric Lipman
Assistant Attorney General
Antitrust Section
(512) 463-1579 direct line
(512) 320-0975 facsimile
eric.lipman@texasattorneygeneral.gov

ORIGINAL                 220047

**RECEIPT FOR PAYMENT**
**UNITED STATES COURT OF APPEALS**
**SECOND CIRCUIT**
**NYC, NY**
**OFFICE OF THE CLERK**

RECEIVED FROM  Eric Lipman – Assistant Atty General
Attorney General of Texas
P. O. Box 12548
Austin, TX 78711-2548

CASE REFERENCE  13-3741

                                    REG
                                    C03                 06-13-2014(FRI)   15:20
                                                        MC#01                030627
                                                                             CT 1

| Code | Description | | |
|------|-------------|---|---|
| 086900 | Docketing Fees | | |
| 086400 | Docketing Fees (Special Fund) | 1  JUDICIAL FEE 510 | $15.00 |
| 322340 | Publications/Opinions | 1  COPIES 350 | $15.00 |
| 322350 | Copy Fees | TL | $30.00 |
| 322360 | Misc. (Certifications, etc.) | CHECK | $30.00 |
| 510000 | Judiciary Fee | | |
| 6855AP | New Local Fee | | |

CD of oral argument

All checks, money orders, drafts, etc. accepted subject to collection. Full credit will not be given until the negotiable instrument has been accepted by the financial institution on which it was drawn.

                                                    Deputy Clerk